# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 18, 2025

## NO. 03-25-00312-CR

**Thomas Glen Holman, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS**
**DISMISSED FOR WANT OF JURISDICTION-- OPINION BY CHIEF JUSTICE BYRNE**

Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.